## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE BRANDON RISER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NEIL MCDOWELL,<br><br>　　　　Respondent. | CASE NO. 2:15-CV-09544-RGK (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, and this action dismissed with prejudice.

DATED: January 24, 2017

_____
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE